# Exhibit A

Security Expenses Incurred by *The Boston Globe*

# INVOICE

**Edward Davis, LLC**

| | |
|---|---|
| **DATE:** | 8/28/2018 |
| **INVOICE #** | 532 |
| **Customer ID** | ▮ |

2 Atlantic Ave 3rd Floor
Boston MA 02110
▮

**BILL TO:**
▮
Accounting Manager
Boston Globe Media Partners LLC
53 State Street
Boston, MA 02109

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 8/10-8/16/2018 | | |
| Security Services @ State Street location | 110.5/hrs @ $125/hr | $13,812.50 |
| Investigative Services | 4/hrs @ $150/hr | $600.00 |
| Threat Assessment Analysis/Report | 1.5/hrs @ $1,400/hr | $2,100.00 |

| | |
|---|---|
| SUBTOTAL | $16,512.50 |
| TAX RATE | 0.000% |
| TAX | $ - |
| OTHER | $ - |
| **TOTAL** | **16,512.50** |

**OTHER COMMENTS**
1. Total payment due in 30 days

Make all checks payable to
**Edward Davis, LLC**

If you have any questions about this invoice, please contact
▮ at Edward Davis LLC ▮ or ▮

*Thank You!*