```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3
                                       18cr10322-WGY
 4

 5

 6

 7

 8   *************************************
                                         *
 9   United States vs. Robert D. Chain    *    JUDGE'S FINDINGS
                                         *
10   *************************************

11

12

13

14

15        BEFORE:   Honorable Judge William G. Young

16

17

18
                        Richard H. Romanow
19                     Official Court Reporter
                     United States District Court
20                        1 Courthouse Way
                    Boston, Massachusetts 02210
21
                         October 2, 2019
22

23

24

25
```

1     THE COURT:  Mr. Robert Chain, in consideration of
2  the offenses of which you stand convicted, the
3  provisions of 18 United States Code, Section 3553(a),
4  the information from the United States Attorney, your
5  attorney, the probation officer, and yourself, this
6  Court sentences you to 4 months -- 120 days in the
7  custody of the United States Attorney General, to be
8  followed by 3 years of supervised release.  The Court
9  imposes a fine of $3,500, restitution to the Boston
10 Globe in the amount of $16,512.20, and a $700 special
11 assessment as is required by the law.  The Court, in its
12 3 years of supervised release, imposes the special --
13 all the general conditions and the special conditions of
14 supervised release as recited in the presentence report
15 on Pages 20 and 21, Paragraphs 1 through 10.  And I add
16 another one, that you are not in any way to disparage
17 the plea agreement.  And that in no way restricts you
18 from expressing your views, but you are not to, in any
19 way, suggest that you are not guilty of the crimes here.
20      Let me explain this sentence.  Make no mistake,
21 the recommendation of the United States Attorney here
22 was not inappropriate, your conduct was appalling and
23 utterly outside the bounds of acceptable conduct, and
24 it's the threats that did it, not the vulgarity, not the
25 views to the extent one can discern any views there,

it's the threats.  And in the -- and it is the judgment of this Court, the considered judgment of this Court, that it is absolutely required that there be an incarcerative sentence for those who would threaten violence.

That's the conduct of thugs.  A democracy rests on two pillars.  One of them is truth.  One of them is freedom.  You can't have democracy without having both of them.

Now, there's a lot that can be said about the press, they're messy, they're frustrating, they're frequently shallow, scampering around and taking the handouts of the rich and powerful and then regurgitating them as news, but they're free.  And any particular outlet can be rebutted by any other.

And in today's world, where truth is a precious commodity, done right journalism is perhaps our last best hope of having that truth upon which this democracy depends.  You attacked that.

I would have given you the sentence that the government recommended, it's not an insensitive sentence, were it not for those things which Mr. Weinreb wrote and so eloquently argued on your behalf.  I am satisfied that you have turned your life around.  I do believe that you are a different man than you were when

```
 1   you made those threats.  But it is necessary that there
 2   be an incarcerative sentence and I have no hesitancy in
 3   imposing it.  It is a fair and a just sentence.
 4           The government has no objection to self-reporting?
 5           MR. VARGHESE:  No, your Honor.
 6           THE COURT:  All right.  Today is the 2nd, you'll
 7   self-report to the place of confinement -- excuse me, on
 8   Wednesday, the 13th of November.
 9           You have the right to appeal from any findings or
10   rulings the Court has made against you.  Should you
11   appeal and should your appeal be successful in whole or
12   in part and the case remanded, you'll be resentenced
13   before another judge.
14           Mr. Weinreb, if an appeal is decided upon and you
15   want transcript, seek it from this session of the court
16   because I'll turn it around right away.
17           MR. WEINREB:  Your Honor, may we ask that the
18   Court make a recommendation to the bureau of prisons?
19           THE COURT:  Of course you may.
20           MR. WEINREB:  We would ask that the Court
21   recommend a facility consistent with Mr. Chain's
22   security classification in the vicinity of Montauk,
23   California.
24           THE COURT:  The Court will so recommend in those
25   terms.
```

```
 1          MR. WEINREB:  Thank you, your Honor.
 2          I take it that he's been completely compliant and
 3   I take it the same conditions apply until he reports?
 4          MR. VARGHESE:  That's correct, your Honor.
 5          THE COURT:  That's the sentence of the Court.
 6   We'll recess.
 7          (Ends, 3:40 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```