# BETTY S. CHAIN

Attorney at Law
15233 Ventura Blvd., Ste 1200
Sherman Oaks, CA 91403
(818) 789-4273  Fax: (818) 789-7820  bscatty@socal.rr.com

FILED
IN CLERKS OFFICE

2020 MAR 31 PM 1:30

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 26, 2020

Andrew Lilling
U.S. Attorney
John Joseph Moakley US Courthouse
1 Courthouse Way, Ste. 900
Boston, MA 02210

Re: United States v. Robert Chain
    Case no. 18-cr-10322-WGY

Dear Mr. Lilling:

   Mr. Chain is no longer represented by the law firm of Quinn Emmanuel. Please direct all inquiries to my office.

   Mr. Chain executed a mortgage on his Califa St. Encino, California residence as a condition of bail. That mortgage was to stay in effect until disposition of his case. Mr. Chain entered a plea and was sentenced on October 2, 2019. He self-surrendered at Bureau of Prisons, Lompoc, California on November 13, 2019 and was released on March 11, 2020.

   The mortgage is now satisfied and should be released from the property. I include a Satisfaction of Mortgage form and a copy of the recorded mortgage. Please have the satisfaction signed and notarized by the appropriate party and return it to me for recordation.

   Your courtesy and cooperation is greatly appreciated.

Very truly yours,

BETTY S. CHAIN

BSC/ms
cc: Clerk of the Court ✓

| | |
|---|---|
| **RECORDING REQUESTED BY** <br><br> AND WHEN RECORDED MAIL TO: <br><br> Name: Betty S. Chain <br> Street Address: Robert D. Chain <br> 17512 Califa St. <br> City & State Zip: Encino, CA 91316 <br><br> Title Order No. _____ Escrow No. _____ | FILED IN CLERKS OFFICE <br><br> 2020 MAR 31 PM 1:31 <br><br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. <br><br>  |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SATISFACTION OF MORTGAGE

Assessor Parcel Number: _____

KNOW ALL MEN BY THESE PRESENTS, that

_____

DO HEREBY CERTIFY that the following Mortgage IS PAID, and do hereby consent that the same be discharged of record. Mortgage dated __10-8-18__, made by:

__Robert D. Chain and Betty S. Chain__ to __United States of America__ in the principal sum of $__50,000.00__ and recorded __10-12-18__ as Instrument No. __20181039705__ Book _____ Page _____ in the office of the County Recorder of __Los Angeles__ County, State of California, which Mortgage has not been assigned of record.

_____

Dated _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF _____

On _____ before me, _____
(here insert name and title of the officer)

, notary public, personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

(This area for official notarial seal)

**This page is part of your document - DO NOT DISCARD**

**20181039705**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/12/18 AT 09:11AM**

Pages:
0007

| | |
|---|---:|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 110.00 |

**LEADSHEET**

201810123240005

00015831697

009399291

SEQ:
01

DAR - Counter (Upfront Scan)

**THIS FORM IS NOT TO BE DUPLICATED**

E475702

RECORDING REQUESTED BY AND MAIL TO:
(Name and mailing address, including city, state, and ZIP code, of requesting party)

Betty S. Chain
Attorney at Law
15233 Ventura Blvd., #1200
Sherman Oaks, CA 91403

10/12/2018

*20181039705*

— SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE —

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT
☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☒ OTHER (specify): _____MORTGAGE_____

CI-229

RECORDER'S COVER SHEET

Gov't Code §27361.6

**MORTGAGE**

THIS MORTGAGE is made this <u>8th</u> day of <u>October</u>, 20<u>18</u>, between <u>Robert D. Chain and Betty S. Chain</u>, presently residing at <u>17512 Califa St., Encino, CA 91316</u> (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for <u>Robert D. Chain</u> (herein "Defendant"), in Criminal No. <u>18CR10322</u>, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of <u>Fifty Thousand dollars</u> ($<u>50,000.00</u>) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release dated <u>9-24-18</u>, 20___, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of <u>Los Angeles</u>, ~~Commonwealth of Massachusetts~~ State of California and more particularly described in the following deed:

A deed from <u>Betty S. Chain</u> to <u>Robert D. Chain and Betty S. Chain, Trustees of the Chain Family Trust</u> dated <u>5-13-14</u>, 20___, and recorded in the <u>Los Angeles</u> County ~~Registry of Deeds~~ Recorder on 5-21-14 as doc. #20140525330 Book _____, Page _____;

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."

-2-

THE MORTGAGOR(S) covenant with the Mortgagee as follows:

1. That the Mortgagor(s) shall pay the indebtedness as hereinbefore provided.

2. That the Mortgagor(s) will keep the Property insured against loss by fire or hazards included within the term "extended coverage" for the benefit of the Mortgagee; that the Mortgagor(s) will assign and deliver the policies to the Mortgagee; and that the Mortgagor(s) will reimburse the Mortgagee for any premiums paid or insurance made by the Mortgagee on the Mortgagor(s)'s default in so insuring the Property or in so assigning and delivering the policies. However, the Mortgagee shall never be required to maintain insurance of any type or description on the Property.

3. That the Mortgagor(s) shall keep the Property in good repair and shall not commit waste or permit impairment or deterioration of the Property, and no building on the Property shall be removed or demolished without the consent of the Mortgagee.

4. That the Mortgagor(s) will pay all taxes, assessments or water rates, and in default thereof, the Mortgagee may, but is not required to, pay the same. In the event that the Mortgagee elects not to pay the same, the Mortgagee is not required to so notify the Mortgagor(s).

5. That the proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of the Property, or part thereof, or for conveyance in lieu of condemnation, said proceeds not to exceed the dollar amount of the personal bond secured by this Mortgage, shall be delivered to the Mortgagee, who shall hold such proceeds in a non-interest bearing escrow account until either (A) the personal bond has been discharged by the Court, whereupon, and only upon an order of the Court, the Mortgagee shall deliver said proceeds to the Mortgagor(s), or (2) the Defendant fails to observe the Order Setting Conditions of Release and is defaulted by a judicial officer of the Court, whereupon the proceeds shall be disbursed for the benefit of the United States of America in accordance with, and only upon, an order of the Court.

6. That notice and demand or request may be made in writing and may be served in person or by mail.

7. That the Mortgagor(s) will warrant and defend the title to the Property against all claims and demands.

8. That the Mortgagor(s) will create no further encumbrances of any kind against the Property.

9. That the Mortgagor(s), in case a sale shall be made under the power of sale, will, upon request, execute, acknowledge and deliver to the purchaser or purchasers a deed or deeds of release confirming such sale, and that the Mortgagee is appointed and

-3-

constituted the attorney irrevocable of the Mortgagor(s) to execute and deliver to said purchaser a full transfer of all policies of insurance on the Property at the time of such sale.

10. That the holder of this Mortgage, in any action to foreclose it, shall be entitled to the appointment of a receiver.

11. Notwithstanding any other agreement between the Mortgagor(s) and Mortgagee, or any provision of law, the Mortgagee shall not be required to discharge this Mortgage except upon order of the Court. It shall be the obligation of the Mortgagor(s) to furnish the Mortgagee with a certified copy of said order.

IN WITNESS WHEREOF, this Mortgage has been duly executed by the Mortgagor(s).

_____          _____
ROBERT D. CHAIN                        BETTY S. CHAIN

_____          _____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                     On _____

Then personally appeared _____
and acknowledged the foregoing to be _____ free act and deed before me.

_____
NOTARY PUBLIC

My Commission Expires: _____

(MORTGAGE FORM.wpd - 05/2001)

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

STATE OF CALIFORNIA

COUNTY OF __LA__  } SS

On __10-9-2018__, Before Me __NOBUO HIRAKO__, Notary Public

(Insert Name of Notary Public and Title)

Personally appeared __ROBERT D. CHAIN__ who proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NOBUO HIRAKO
COMM. #2170057
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 5, 2021

(NOTARY SEAL)

_____
Notary Signature

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

STATE OF CALIFORNIA  
COUNTY OF __LA__  } SS

On __10-8-2018__, Before Me __NOBUO HIRAKO__, Notary Public  
(Insert Name of Notary Public and Title)

Personally appeared __BETTY S. CHAIN__ who proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)  
Notary Signature

NOBUO HIRAKO  
COMM. #2179057  
NOTARY PUBLIC - CALIFORNIA  
LOS ANGELES COUNTY  
My Comm. Expires Feb. 5, 2021

*"See Attached Certificate"*